UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREW HILL, Dall. Cnty. Jail BookIn No. 22003886,  )<br>  )<br>   Plaintiff,  )<br>  )<br>VS.  )<br>  )<br>STATE OF TEXAS (TEXAS ATTORNEY GENERAL), ET AL.,  )<br>  )<br>   Defendants.  ) | CIVIL ACTION NO.<br><br>3:22-CV-0130-G-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (docket entry 7). Plaintiff filed a motion docketed as requesting a change of venue. *See* docket entry 8. The motion, in substance, does not challenge venue, but the District Court has construed the motion as objections. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

    **SO ORDERED**.

March 28, 2022.

                                                    */s/ A. Joe Fish*
                                          A. JOE FISH
                                          **Senior United States District Judge**